# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS

**KIMBERLY CLINE**

AMENDED JUDGMENT
IN A CRIMINAL CASE
(For Offenses Committed on
or After November 1, 1987)

Case Number: 6:10-MJ-0032 MJS

CAROL MOSES
Defense Counsel

Date of Original Judgment: 6/18/2010
(or Date of Last Amended Judgment)

## Reason for Amendment(s):

[ ] Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
[ ] Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(c))
[x] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)
[ ] Modification of Supervision Conditions (18 U.S.C.§ 3563(c) or 3583(e))
[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compeling Reasons (18 U.S.C. § 3582(c)(1))
[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
[ ] Direct Motion to District Court Pursuant to:        [ ] 28 U.S.C. § 2255
    [ ] 18 U.S.C. § 359(c)(7),                or        [ ] Modification of Restitution Order

## THE DEFENDANT:

[x] pleaded guilty to count(s) 1852526 Under the Influence of Alcohol
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 2.3(c) | UNDER THE INFLUENCE OF ALCOHOL | 4/7/2010 | 1852526 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.
[X] Count(s) 1852527 is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

6/15/2010
Date of Imposition of Sentence

Signature of Judicial Officer

MICHAEL J. SENG
US MAGISTRATE JUDGE

6/22/2010
Date Signed

Defendant: KIMBERLY CLINE
Case Number: 6:10-MJ-0032 MJS

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons of the United States to be imprisoned for a total term of *4 days with credit for time served (2 days).

[X] The Court makes the following recommendations to the Bureau of Prisons:
That defendant be allowed to serve time in custody at Lardo in Bakersfield.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
[ ] at _______ a.m./p.m. on _________ .
[ ] as notified by the United States Marshal.

[X ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
[X ] before 2:00 p.m. on 7/16/2010 .

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

___

___

___

Defendant delivered on ___ to ___ at ___, with a certified copy of this Judgment.

___
United States Marshal

By ___
Deputy U.S. Marshal

Defendant: KIMBERLY CLINE
Case Number: 6:10-MJ-0032 MJS
AO 245C (Rev. 8/96) Sheet 5 - Criminal Monetary Penalties

Judgment–Page 3 of 4

Defendant: KIMBERLY CLINE
Case Number: 6:10-MJ-0032 MJS

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on page 4:

|  | **ASSESSMENT** | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 10.00 | $ | $ |

[ ]   If applicable, restitution amount ordered pursuant to plea agreement .........$

### FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

    The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options may be subject to penalties for default and delinquency pursuant to 18 U.S.C. 3612(g).

[ ] The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]   The interest requirement is waived.

   [ ]   The interest requirement is modified as follows:

### RESTITUTION

[ ] The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case will be entered after such determination.

[ ] The defendant shall make restitution to the following payees in the amounts listed below.

   If the defendant makes partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
| Totals: | $0.00 | $0.00 |  |

   *Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Defendant: KIMBERLY CLINE
Case Number: 6:10-MJ-0032 MJS

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalites.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [X] Lump sum payment of $10.00 due immediately; or
B [ ] $ _____ immediately, balance due (in accordance with C, D, or E); or
C [ ] not later than _____ ; or
D [ ] in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of
criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or
E [ ] in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments made toward any criminal monetary penalties imposed.

F [X] Special instructions regarding the payment of criminal monetary penalties:

Payment shall be sent to:
U.S. District Court
Clerk's Office
2500 Tulare Street, Suite 1501
Fresno, CA 93721

[ ] Joint and Several
[ ] The defendant shall pay the cost of prosecution.
[ ] The defendant shall pay the following court cost(s):
[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.